PD-1670-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/24/2015 9:12:27 PM
Accepted 12/28/2015 1:18:35 PM
ABEL ACOSTA
CLERK

CAUSE NO. PD _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

### APPEAL OF A JUDGMENT IN TRIAL CAUSE NO. CR-2968-11-B

### FROM THE 93RD  DISTRICT COURT OF HIDALGO COUNTY, TEXAS
### PRESIDING JUDGE RUDY DELGADO

_____

### GRACIELA CASAS ARJONA, Petitioner

### VS.

### THE STATE OF TEXAS,  Respondent

_____

### APPELLANT'S FIRST MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

_____

**Respectfully submitted,**

**Victoria Guerra**
**320 W. Pecan Blvd**
**McAllen, Texas 78504**
**(956) 618-2609**
**(956) 618-2553 (fax)**
**State Bar Number:  08578900**
**Appellant's Attorney**

FILED IN
COURT OF CRIMINAL APPEALS

December 28, 2015

ABEL ACOSTA, CLERK

1

MAY IT PLEASE THE COURT:

COMES NOW Petitioner, Graciela Arjona, by and through her court-appointed appellate attorney, and files this motion for extension of time to file her petition for discretionary and would show this Court the following:

This is Appellant's first motion for extension of time to file her petition for discretionary review in this matter. A thirty-day (30) extension is sought for the following reasons:

1. The Undersigned was appointed to replace attorney Patricia A. Rigney in the appeal of Aguayo v. State of Texas pending before this Court, appellate cause number 13-14-00650-CR. Said brief was due on October 19, 2015 but another extension was sought due to this replacement and due to the fact that the case had been consolidated with another two cases, but nothing from the other cases were designated or contained in the appellate record. The appellate court abated the appeal and remanded the case to the district court for further proceedings to clarify the consolidation and issues of sealed exhibits that are not available for counsel's viewing. Meanwhile, the Undersigned, new to this case, has spent a great deal of time analyzing the record and submitting designations and other motions in order to clarify the appellate record. Further the Undersigned has been busy reading this voluminous record over 33 volumes.

2.  The Undersigned researched, drafted, and filed on November 20, 2015, a response to appellant's motion for new trial in the case of Martinez v. Martinez, trial court cause no. 2014-DCL-06699, appellate cause number 13-15-00511-CV. A contested hearing on this motion for new trial is set for December 10, 2015 in Cameron County, Texas. Much preparation has taken place for this hearing.

3.  The Undersigned had a deadline to file pre-trial motions by December 2, 2015 in cause number 7:15-cr-01589, USA v. Rivera-Paredes.  Final pre-trial was set for December 29, 2015.  Discovery in this case is voluminous. The Undersigned must complete the discovery process (which includes listening to hours of recorded conversation and surveillance) and convey said information to the Defendant prior to final pre-trial.  A continuance of final pre-trial was granted for one month.

4.  The Undersigned became indisposed December 4, 2015 with an upper respiratory infection that left her incapable of working on this deadline for about 1.5 weeks.

5.  The Undersigned filed a brief on 11-21-15 in the case of *Espronceda v. Espronceda*, cause number 13-15-00081-CV.

6.  The Undersigned has a petition for discretionary review due on December 24, 2015.

7. The Undersigned has a brief on the merits due in the Texas Supreme Court in the case of *Texas Department of Public Safety v. Ibarra* in cause no. 15-0209 on December 31, 2015.

9. The Undersigned has a brief due in this Court in the case of *Juarez v. Juarez (Molina)*, cause no. 13-14-00401-CV on December 30, 2015.

As a result of the foregoing, Appellant seeks a 30-day extension of time to file this brief. If granted, this brief will be due on January 25, 2015.

WHEREFORE, Appellant prays that this Court grant her a 30-day of extension of time to file this brief, thereby making it due on January 25, 2015.

Respectfully submitted,

Law Office of Victoria Guerra
3219 N. McColl Rd.
McAllen, Texas 78501
(956) 618-2609
(956) 618-2553 (fax)

By: */s/ Victoria Guerra*
Victoria Guerra
Appellate Attorney for Appellant
State Bar No.: 08578900

4

## CERTIFICATE OF CONFERENCE

On December 24, 2015, the Undersigned attempted communication iwht ADA Ted Hake, but was unable communicated with him.  As such, the parties were unable to resolve the substance of this motion.

/s/ Victoria Guerra
Victoria Guerra

## CERTIFICATE OF SERVICE

On this day, the foregoing document was delivered to Appellant's counsel Michael Morris via email: Ted.hake@da.co.hidalgo.tx.us

SIGNED this 24th day of December, 2015.

/s/ Victoria Guerra
Victoria Guerra

## CERTIFICATE OF COMPLIANCE

In compliance with TRAP 9.4(i)(3), the undersigned certifies that the number of words in this brief, excluding those matters listed in Rule 9.4(i)(l), is 523.

SIGNED this 24th day of December, 2015.

/s/ Victoria Guerra
Victoria Guerra